[No. 33044-3-III.  Division Three.  May 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRAL RAY ANTHONY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-01441-5, John O. Cooney, J., entered January 7, 2015. *Affirmed* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[Nos. 72801-6-I; 72802-4-I.  Division One.  May 31, 2016.]

MICHAN RHODES ET AL., *Appellants*, v. EMILY SHARP RAINS ET AL., *Respondents*.

EMILY SHARP RAINS ET AL., *Plaintiffs*, v. TONY DAVIS ET AL., *Defendants*.

Appeals from a judgment of the Superior Court for King County, No. 12-2-40707-0, Samuel Chung, J., entered July 25, 2014. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Schindler, J. Now published at 195 Wn. App. 235.

[No. 72905-5-I.  Division One.  May 31, 2016.]

JACK GRANT, *Appellant*, v. FIRST HORIZON HOME LOANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-02676-9, Deborra Garrett, J., entered December 2, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Dwyer, J.